THE PEOPLE OF THE STATE OF NEW YORK, Respondent, *v.* DEWEY GARRETT, Appellant.

Argued April 14, 1941; decided May 22, 1941.

*S. Samuel DiFalco, Thomas B. Dyett* and *LeRoy Campbell* for appellant.

*Thomas E. Dewey, District Attorney (Stanley H. Fuld* and *Richard G. Denzer* of counsel), for respondent.

Judgment of conviction affirmed; no opinion.

Concur: LEHMAN, Ch. J., LOUGHRAN, FINCH, RIPPEY, LEWIS, CONWAY and DESMOND, JJ.